**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HARVEY CLIFTON THORNTON,** § | | **PETITIONER** |
| **#K7700** § | | |
| § | | |
| **VERSUS** § | | **CIVIL ACTION NO. 1:04cv716DMR-JMR** |
| § | | **USCA NO. 06-60026** |
| § | | |
| **LARRY GREER** § | | **RESPONDENT** |

**CERTIFICATE OF APPEALABILITY**

     A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A

     ___ A certificate of appealability should issue. (See reasons below.)

     _X_ A certificate of appealability should not issue. (See reasons below.)

The Court hereby **DENIES** herein the Motion of the Petitioner for a Certificate of Appealabilty [Doc. No. 19].

Part B<br>(for non-CJA pauper cases only)

     _X_ The party appealing is a pauper.

     ___ The party appealing is not a pauper. (See reasons below.)

The Court hereby **GRANTS** herein the Motion of the Petitioner to proceed *In Forma Pauperis* on Appeal [Doc. No. 23].

REASONS:
The Petitioner has failed to make a substantial showing of the denial of a constitutional right as set forth in 28 U.S.C. §2253(c)(2); the claims raised by Petitioner were time-barred pursuant to the one year statute of limitations provision of the AEDPA, *i.e.*, 28 U.S.C. §2244(d), and Petitioner cites no "rare and exceptional" circumstance to warrant equitable tolling.

Date:  May 4, 2006                                 S/ DAN M. RUSSELL, JR.
                                                                       UNITED STATES DISTRICT JUDGE